UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

CORY LEE SOUDERS,

    Plaintiff,

Case No. 1:18-cv-123

v.

Honorable Paul L. Maloney

HEIDI WASHINGTON et al.,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion issued this date:

**IT IS ORDERED** that Plaintiff's action be **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:  February 27, 2018        /s/ Paul L. Maloney
                                                           Paul L. Maloney
                                                           United States District Judge